**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | | |
|---|---|---|
| GLOBAL CONNECTIONS TO EMPLOYMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 26-301 C _____ |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, Global Connections to Employment, Inc. ("GCE"), hereby respectfully requests leave of the Court to file under seal the Complaint ("Complaint") and the Proposed Redacted Version of the Complaint ("Proposed Redacted Complaint") that accompany this motion. The Complaint (and Exhibits thereto) contain confidential and proprietary information, the disclosure of which is likely to cause serious competitive harm to GCE. Likewise, until it is agreed by the parties to be a final redacted document suitable for public release, the Proposed Redacted Complaint similarly runs the risk of containing confidential and proprietary information, the disclosure of which is likely to cause serious competitive harm to GCE. Accordingly, leave to file the Complaint and Proposed Redacted Complaint under seal is necessary to safeguard against the disclosure of confidential and proprietary information.

Please note that GCE is filing herewith a Motion for Protective Order requesting that the Court issue a standard Protective Order in this matter consistent with the U.S. Court of Federal Claims Form 8 (Protective Order in Procurement Protest Cases) to safeguard the proprietary and

1

confidential information of the parties to this litigation that is likely to be disclosed orally and/or in writing during this matter.

February 23, 2026                                        Respectfully submitted,

                                                         /s/Aron C. Beezley
                                                         Aron C. Beezley
                                                         Bradley Arant Boult Cummings LLP
                                                         1900 K Street, N.W.
*Of Counsel:*                                            Suite 800
                                                         Washington, D.C. 20006
Gabrielle A. Sprio                                       Tel.: (202) 719-8254
Bradley Arant Boult Cummings LLP                         Email: abeezley@bradley.com
                                                         *Attorney of Record for Global Connections to Employment, Inc.*