# In the United States Court of Federal Claims

No. 26-301

Filed: February 27, 2026

**GLOBAL CONNECTIONS TO EMPLOYMENT, INC.,**

    *Plaintiff*,

v.

**THE UNITED STATES,**

    *Defendant.*

## ORDER

On February 23, 2026, Plaintiff filed a bid protest with this Court. (ECF No. 1). It also filed Motions for a Protective Order, (ECF No. 3), and to Seal its Complaint, (ECF No. 4). The Court held an Initial Scheduling Conference on February 27, 2026, where Defendant had no objection to either Motion. The Court **GRANTS** Plaintiff's Motions. The Protective Order will be entered separately.

Pursuant to the discussion with parties at the February 27, 2026 scheduling conference, parties are **ORDERED** to email the Court a proposed briefing schedule for the parties' cross-motions for judgment on the administrative record and oral argument, if necessary. This proposal should be emailed to *tapp_chambers@cfc.uscourts.gov* no later than **Tuesday, March 3, 2026, at 5:00 PM (ET)**.

    **IT IS SO ORDERED.**



s/    David A. Tapp
DAVID A. TAPP, Judge